UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TROY E SALMON,

                Plaintiff,

   v.

MEDICAL DEPARTMENT SKAGIT COUNTY DETENTION CENTER,

                Defendant.

No. 2:23-CV-00669-RAJ

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    This case is dismissed for Plaintiff's failure to prosecute.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 17th day of October, 2023.

                              The Honorable Richard A. Jones
                              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1